DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | | |
|---|---|---|
| JOHN ST. ROSE individually and as Personal Representative of the Estate of ROSALINE ST. ROSE | : : : : | CIVIL ACTION |
| v. | : : | |
| MOBILE PAINT MANUFACTURING COMPANY OF DELAWARE d/b/a THE NEW PAINT LOCKER, MOBILE PAINT CARIBBEAN, INC., SEALOFLEX CHEMICAL, INC., SEALOFLEX SALES, INC. , and SEALOFLEX PROPERTIES, INC. | : : : : : : : | NO. 04-cv-114 |

ORDER

AND NOW, this 13th day of October 2011, the parties having reached a full and final settlement of all claims in this action, and the parties having filed a Stipulation for Dismissal (Doc. No. 446), it is hereby ORDERED that pursuant to Federal Rule of Civil Procedure 41(a)(2), this action is DISMISSED with prejudice, with each party to bear its own costs and attorneys' fees.  The Court retains jurisdiction for sixty (60) days to enforce the settlement.

The Clerk of Court is directed to terminate all pending motions as moot.  The Clerk of Court is further directed to mark this action CLOSED for statistical purposes.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.